IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA SHEETS TOPF, Special Administrator of the Estate of Randall L. Sheets, Deceased;<br><br>  Plaintiff,<br><br> vs.<br><br>UNITED STATES,<br><br>  Defendant. | **8:23CV54**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 54).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to bear their own costs and complete record waived.

Dated this 27th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge